## 57570. FELTON v. THE STATE.

SMITH, Judge.

Contending that the evidence was insufficient to support the verdict and that two charges given were not adjusted to the evidence, Felton appeals from his conviction of heroin possession. We find no merit in either contention and affirm the judgment of the trial court.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED APRIL 4, 1979 — DECIDED JULY 6, 1979.

*Clayton Jones, Jr.,* for appellant.

*William S. Lee, District Attorney, Hobart M. Hind, Assistant District Attorney,* for appellee.